Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

SpoofCard, LLC and Amanda Pietrocola,

        Plaintiffs,

v.

The Hon. Doug Burgum, Governor of the
State of North Dakota, in his Official Capacity
and the Hon. Wayne Stenehjem, Attorney General
of the State of North Dakota, in his Official
Capacity,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:19-cv-276

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

## IT IS ORDERED AND ADJUDGED:

Pursuant to the Court's Order dated November 9, 2020, the Plaintiffs' Motion for Partial Summary Judgment is GRANTED. Defendant's Motion for Summary Judgment is DENIED. Enforcement of Section 51-28-08.1 of the North Dakota Century Code is therefore ENJOINED. Because the Court concludes North Dakota's Anti-Spoofing Act violates the Commerce Clause, considering the remaining arguments raised by the parties is unnecessary.

Date: November 9, 2020

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Carla Schultz, Deputy Clerk*